Tyler R. Andrews (NV Bar No. 9499)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Ste. 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: AndrewsT@gtlaw.com

*Attorneys for Morgan Stanley Smith Barney LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | NO. 2:15-cv-00731-JAD-VCF |
| Petitioner, | |
| v. | **STIPULATION AND ORDER** |
| ELAINE KREDA REVOCABLE TRUST, | |
| Respondent. | |

Petitioner, Morgan Stanley Smith Barney, LLC ("Petitioner"), by and through its undersigned counsel, the law firm of Greenberg Traurig, LLP, and Respondent, Elaine Kreda Revocable Trust ("Respondent", and together with Petitioner, "Parties"), by and through its undersigned counsel, Jonathan E. Neuman, Esq., Law Offices of Jonathan E. Neuman, Esq., hereby stipulate to the Court's approval of Petitioner's Application to Confirm Arbitration Award, each party to bear their own attorneys' fees and costs related to the Application to Confirm Arbitration Award. Accordingly, the Parties jointly request that the Court enter an order confirming the December 2, 2014 award rendered in FINRA Dispute Resolution Arbitration No. 12-04190 (the "Final Award") and directing the expungement of any customer dispute information from the Central Depository as to non-party Rosita Dy Kaufman (CRD

1

#1402522).

DATED this 23rd day of March, 2015.

| **GREENBERG TAURIG, LLP** | **LAW OFFICES OF JONATHAN E. NEUMAN, ESQ.** |
|---|---|
| By: /s/ Tyler R. Andrews<br>    Tyler R. Andrews, Esq. | By: /s/ Jonathan E. Neuman<br>    Jonathan E. Neuman, Esq. |
| Tyler R. Andrews, Esq.<br>(NV Bar No.: 9499)<br>AndrewsT@gtlaw.com<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Telephone: 702.792.3773<br>Facsimile:  702.792.9002<br>*Attorneys for Petitioner,*<br>*Morgan Stanley Smith Barney, LLC* | Jonathan E. Neuman, Esq.<br>jnesq@jenesqlaw.com<br>1325 Franklin Avenue,<br>Suite 555<br>Garden City, NY 11530<br>*Attorneys for Respondent,*<br>*Elaine Kreda Revocable Trust* |

## ORDER

IT IS HEREBY ORDERED THAT Petitioner's Application to Confirm Arbitration Award seeking to confirm the December 2, 2014 Award in FINRA Dispute Resolution Arbitration No. 12-04190 **[ECF 1] is GRANTED.**

IT IS FURTHER ORDERED THAT any and all customer dispute information from the Central Registration Depository as to non-party Rosita Dy Kaufman (CRD #1402522) related to the claims alleged in FINRA Dispute Resolution Arbitration No. 12-04190 shall be expunged from the Central Registration Depository.

IT IS FURTHER ORDERED THAT each party will bear their own attorneys' fees and costs related to the Application to Confirm Arbitration Award.

The Clerk of Court is instructed to enter judgment accordingly and close this case.

Dated September 30, 2015

_____
Jennifer Dorsey
District Court Judge